**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAOT-25-0000821
20-NOV-2025
08:08 AM
Dkt. 9 ODSLJ**

NO. CAOT-25-0000821

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Petition of
ARTHUR JEREMIAH, Petitioner-Defendant,
v.
KEN FUKUYAMA, Respondent-Plaintiff.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CASE NO 1DRC-25-0001519)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears self-represented Petitioner Arthur **Jeremiah'**s November 14, 2025 **Petition** for Writ of Mandamus and Request for Emergency Temporary Stay and November 17, 2025 Supplemental Petition do not notice an appeal from an appealable decree, order, or judgment entered by the District Court of the First Circuit in 1DRC-25-0001519. Rather, they appear to seek affirmative relief in the nature of a writ of mandamus, which the Hawaiʻi Supreme Court has exclusive jurisdiction to grant under Hawaiʻi Revised Statutes § 602-5(a)(3) (2016), or relief in the nature of a stay of the

District Court's October 20, 2025 Amended **Writ** of Possession in CAAP-25-0000826.

Therefore, IT IS HEREBY ORDERED that Case No. CAOT-25-0000821 is dismissed for lack of jurisdiction without prejudice to Jeremiah seeking appropriate relief from the Hawaiʻi Supreme Court or from the Writ in CAAP-25-0000826.

DATED:  Honolulu, Hawaiʻi, November 20, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge